FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2013 OCT 31 P 12: 1

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF F

UNITED STATES OF AMERICA

v.

DEANGELO PARKER

CASE NO.   3:13-cr-198-J-34JBT
Cts. 1-7:   18 U.S.C. §§ 1343 and 2
Cts. 8-14:  18 U.S.C. §§ 1028A(a)(1) and 2
Forfeitures: 18 U.S.C. § 981(a)(1)(C)
            28 U.S.C. § 2461(c)

## INDICTMENT

The Grand Jury charges:

## COUNTS ONE THROUGH SEVEN

### A. Introduction

At times relevant to this Indictment:

1. DEANGELO PARKER was a resident of Jacksonville, Florida.

2. Certified Tax Consultants ("CTC") was a mobile tax preparation business located in Jacksonville, Florida

3. DEANGELO PARKER managed and owned CTC.

4. DEANGELO PARKER opened a business bank account with Bank of America on behalf of CTC.

### B. Scheme and Artifice

From on or about January 27, 2012 through on or about February 23, 2012, in Duval County, in the Middle District of Florida, and elsewhere,

DEANGELO PARKER,

the defendant herein, did knowingly and willfully devise and intend to devise, a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire communications in interstate commerce, writings, signs, pictures and sounds, for the purpose of executing such scheme and artifice to defraud, in violation of Title 18, United States Code, Section 1343.

### C. Manner and Means

1. It was part of the scheme and artifice to defraud that DEANGELO PARKER obtained the personal identifying information, including the names and social security numbers, of individuals who sought the tax consulting services of CTC.

2. It was part of the scheme and artifice to defraud that DEANGELO PARKER would and did use, or caused to be used, the individuals' personal identifying information to file and cause the filing of the fraudulent federal income tax returns in the individuals names.

3. It was further part of the scheme and artifice to defraud that DEANGELO PARKER would and did use, or caused to be used interstate wires to

electronically file or cause to be electronically filed, false and fraudulent federal income tax returns by using the personal identifying information of these individuals.

4. It was further part of the scheme and artifice to defraud that DEANGELO PARKER would and did use, or caused to be used, interstate wires to deposit or cause to be deposited, into the CTC Bank of America bank account, false and fraudulent federal income tax refunds generated by the scheme.

5. It was further part of the scheme and artifice to defraud that DEANGELO PARKER would and did obtain funds deposited into the CTC Bank of America bank account, which funds had as their source the false and fraudulent federal income tax refunds described in this Indictment.

### D. Execution

On or about the dates listed below, in Duval County, in the Middle District of Florida and elsewhere,

DEANGELO PARKER,

the defendant herein, for the purpose of executing the scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, transmitted and caused to be transmitted by means of wire communication in interstate commerce the following electronic funds transfers, that is, federal income tax refunds issued by the Internal Revenue Service:

| Count | Taxpayer | Date of direct deposit | Deposited Into |
|---|---|---|---|
| 1 | A.G. | 2/8/2012 | Bank of America – CTC Business Operational Account |
| 2 | J.J. | 2/1/2012 | Bank of America – CTC Business Operational Account |
| 3 | R.A. | 2/8/2012 | Bank of America – CTC Business Operational Account |
| 4 | L.G. | 2/8/2012 | Bank of America – CTC Business Operational Account |
| 5 | R.P. | 2/3/2012 | Bank of America – CTC Business Operational Account |
| 6 | D.M. | 2/6/2012 | Bank of America – CTC Business Operational Account |
| 7 | J.P. | 1/27/2012 | Bank of America – CTC Business Operational Account |

In violation of Title 18, United States Code, Sections 1343 and 2.

## COUNTS EIGHT THROUGH FOURTEEN
(Aggravated Identity Theft)

On or about the dates listed below, in Duval County, in the Middle District of Florida, and elsewhere,

DEANGELO PARKER,

the defendant herein, did knowingly transfer, possess and use without lawful authority, cause to be transferred, possessed and used without lawful authority, and aid and abet in the transfer, possession and use without lawful authority, a means of identification of the actual persons listed below, that is, the name and social security number of said persons, during and in relation to the felony offense of wire fraud, in violation of Title 18, United States Code, Sections 1343, through the receipt of fraudulent federal income tax refunds.

4

| Count | Taxpayer Name | Social Security Number |
|---|---|---|
| 8 | A.G. | XXX-XX-6629 |
| 9 | J.J. | XXX-XX-3340 |
| 10 | R.A. | XXX-XX-2593 |
| 11 | L.G. | XXX-XX-1615 |
| 12 | R.P. | XXX-XX-8875 |
| 13 | D.M. | XXX-XX-5948 |
| 14 | J.P. | XXX-XX-4332 |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE

1. The allegations contained in Counts One through Seven of this Indictment are incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2. The defendant, DEANGELO PARKER, upon conviction of a violation of Title 18, United States Code, Section 1343, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

   d. has been substantially diminished in value;

   e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson


A. LEE BENTLEY, III
Acting United States Attorney

By: _____
MALISA CHOKSHI
Assistant United States Attorney

By: _____
JULIE HACKENBERRY
Assistant United States Attorney
Chief, Jacksonville Division

6

# UNITED STATES DISTRICT COURT
Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

DEANGELO PARKER

## INDICTMENT

Violations:

| | |
|---|---|
| Counts 1-7: | 18 U.S.C. § 1343 and 2 |
| Counts 8-14: | 18 U.S.C. § 1028A(a)(1) and 2 |

A true bill,

_____
Foreperson

Filed in open court this 31ST day

of October, 2013.

_Megan D. Chaddock_
Clerk

Bail   $_____