# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

2014 DEC -2 AM 11:58

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** |
| v. | |
| | CASE NUMBER: 3:13-cr-198-J-34JBT |
| DEANGELO PARKER | USM NUMBER: 59807-018 |
| | Defendant's Attorney: Lisa Call, FPD |

THE DEFENDANT:

✓ pleaded guilty to Counts Seven and Fourteen of the Indictment.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 1343 | Wire Fraud | February 2012 | Seven |
| 18 U.S.C. § 1028A | Aggravated Identity Theft | February 2012 | Fourteen |

The defendant is sentenced as provided in pages 2 through 6 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as modified by United States v. Booker, and 18 U.S.C. §§ 3551 and 3553.

Counts One through Six and Eight through Thirteen of the Indictment are dismissed on the motion of the United States and pursuant to the Plea Agreement.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in economic circumstances.

Date of Imposition of Sentence: December 1, 2014

MARCIA MORALES HOWARD
UNITED STATES DISTRICT JUDGE

DATE: December 2, 2014

AO 245B (Rev. 9/11) Sheet 2 - Imprisonment

**Deangelo Parker** Page 2 of 6
**3:13-cr-198-J-34JBT**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **FORTY-TWO (42) MONTHS, consisting of EIGHTEEN (18) MONTHS as to Count Seven and TWENTY-FOUR (24) MONTHS as to Count Fourteen, which shall run consecutively to Count Seven.**

✓    The court makes the following recommendations to the Bureau of Prisons:

- Incarceration at the facility located in Pensacola, Florida.
- Defendant participate in the 500 hour intensive, residential substance abuse treatment program or any other substance abuse treatment programs for which he may be eligible.
- Defendant enroll in any educational and vocational programs as are available.

✓    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons
　　✓    **before 2:00 p.m. on January 26, 2015.**


## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.


　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MARSHAL

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Deputy U.S. Marshal

**Deangelo Parker** Page 3 of 6
3:13-cr-198-J-34JBT

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **THREE (3) YEARS, consisting of THREE (3) YEARS as to Count Seven and ONE (1) YEAR as to Count Fourteen, to run concurrently.**

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☑ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer.

If this judgment imposes a fine or a restitution it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;

2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;

3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4) the defendant shall support his or her dependents and meet other family responsibilities;

5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6) the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;

7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;

11) the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;

12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;

13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B (Rev. 9/11) Sheet 3C – Supervised Release

**Deangelo Parker**  Page 4 of 6
3:13-cr-198-J-34JBT

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

- ✓ Defendant shall provide the probation officer access to any requested financial information.

- ✓ Defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, or obligating himself for any major purchases without approval of the probation officer.

- ✓ Defendant shall refrain from engaging in any employment related to tax preparation.

**Deangelo Parker**  Page 5 of 6
3:13-cr-198-J-34JBT

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties under the schedule of payments on Sheet 6.

| | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $200.00 | $0.00 | $120,144.00 |

✓  The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(I), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | ***Total Amount of Loss** | **Amount of Restitution Ordered** |
|---|---|---|
| IRS<br>Mail Stop 6261 (Restitution)<br>333 West Pershing Avenue<br>Kansas City, MO 64108 | | $120,144.00 |

✓  The court determined that the defendant does not have the ability to pay interest and it is ordered that:
  ✓  the interest requirement is waived for the restitution.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for the offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 9/11) Sheet 5 – Criminal Monetary Penalties

**Deangelo Parker** Page 6 of 6
**3:13-cr-198-J-34JBT**

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

The Special Assessment in the amount of **$200.00** is due in full and immediately.

While in the custody of the Bureau of Prisons, you shall either (1) pay at least $25.00 quarterly if working a non-Unicor job or (2) pay at least 50 percent of your monthly earnings if working in a Unicor position. Upon release from custody, you are ordered to begin making payments of $75.00 per month. At any time during the course of post-release supervision, the victim, the government, or the defendant, may notify the Court of a material change in the defendant's ability to pay, and the Court may adjust the payment schedule accordingly.

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☑ The defendant shall forfeit the defendant's interest in the following property to the United States:

The Forfeiture Money Judgment (Dkt. No. 41) entered on December 1, 2014, is incorporated herein by reference and shall be considered a part of this Judgment.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.